STATE OF LOUISIANA      *      NO. 2024-KA-0105

VERSUS      *      COURT OF APPEAL

JERMAL WILLIAMS      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

ATKINS, J., CONCURS IN THE RESULT FOR THE REASONS ASSIGNED BY CHIEF JUDGE LOVE.